Upon consideration of the notice of appeal from the North Carolina Court of Appeals, filed by Defendants (Denlinger and Board of Education) on the 25th day of November 2008 in this matter pursuant to G.S. 7A-30 (substantial constitutional question), the following order was entered and is hereby certified to the North Carolina Court of Appeals: the notice of appeal is
 

 "Dismissed ex mero motu by order of the Court in conference, this the 5th day of February 2009."
 

 Upon consideration of the petition for discretionary review, filed by Defendants (Denlinger and Board of Education) on the 25th day of November 2008 in this matter pursuant to G.S. 7A-31 and the Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals, the following order was entered and is hereby certified to the North Carolina Court of Appeals: the petition for discretionary review as to additional issues is
 

 "Allowed by order of the Court in conference, this the 5th day of February 2009."
 

 Defendants shall forthwith submit an appeal bond to this Court, as provided by Appellate Rule 17(b). The bond may be in cash or by a written undertaking with good and sufficient surety in the sum of $250.00.
 

 Accordingly, the new brief of the Defendant shall be filed with this Court not more than 30 days from the date of certification of this order.